Tyson M. Takeuchi, SBN 177419
LAW OFFICE OF TYSON M. TAKEUCHI
1100 Wilshire Blvd., Suite 2606
Los Angeles, CA 90017
Telephone: (213) 637-1566
Facsimile: (888) 977-6310

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re:

Maria D. Madrigal

          Debtor.

Case No.: 14-13367

Chapter 13

MOTION TO DISMISS CASE

Judge: Fredrick E. Clement
Courtroom: 11, Department A

**MOTION TO DISMISS CASE**

Tyson M. Takeuchi, attorney for and on behalf of the Debtor herein, hereby moves this Court for an Order Dismissing Case. This motion is based on the following facts:

1. This case was commenced by the filing of a voluntary petition on July 01, 2014, Michael H. Meyer has been duly appointed to serve as the trustee.
2. The Debtor have not previously converted this case to Chapter 13 From Chapter 7 (under § 706), Chapter 11 (under § 1112) or Chapter 12 (under § 1208).
3. There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

4. Debtor has made no arrangements or agreements with any creditors or other person in connection with this request for dismissal.
5. The financial and/or legal situation of the Debtor has unexpectedly changed and the Debtor now desires to dismiss this case.
6. The Debtor has the right to dismiss this case under the provisions of 11 US Codes § 1307(b).

Wherefore the debtor now moves the court to Order the Dismissal of this case.

Date: July 21, 2014

Tyson Takeuchi,
Attorney for Debtor

Date: July 21, 2014

Maria D. Madrigal
Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1100 Wilshire Blvd. #2606 Los Angeles CA 90017

A true and correct copy of the foregoing document entitled (*specify*): __Motion to Dismiss Case_____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____08/04/2014_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/04/2014 | Adrina Galstian | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                       **F 9013-3.1.PROOF.SERVICE**

```
                              creditor
Alaw
9200 Oakdale Ave 3rd FL
Chatsworth, CA   91311-6500


Equifax Information Services, LLC
PO Box 740256
Atlanta, GA   30374-0256


Experian
NCAC
PO Box 9556
Allen, TX   75013-9556


Experian
Profile Maintenance
PO Box 9558
Allen, TX   75013-9558


Franchise Tax Board
Personal Bankruptcy MS A340
PO Box 2952
Sacramento, CA   95812-2952


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA   19101-7346


Trans Union Corporation
Attn: Public Records Department
555 W Adams St
Chicago, IL   60661-3719


Transunion Consumer Relations
PO Box 2000
Crum Lynne, PA   19022-0000

Soloman, Grindle, Silverman & Wintringer
12651 High Bluff Drive  #250
San Diego CA 92130

Michael H. Meyer, Chapter 13 Trustee
Box 28950
Fresno, CA 93729
```